MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
mbrooks@klnevada.com

CHARLES T. MEYER (State Bar No. 11842)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
ctm@severson.com

Attorneys for Defendant
MERCEDES BENZ FINANCIAL SERVICES
USA LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA M. GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ FINANCIAL SERVICES;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants | CASE NO. 2:18-cv-00575-MMD-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**FIRST STIPULATION TO EXTEND**<br><br>Action Filed:   March 29, 2018<br>Trial Date:      None Set |

Plaintiff DONNA M. GIVENS ("Plaintiff") and defendant MERCEDES BENZ FINANCIAL SERVICES USA LLC (incorrectly sued as "Mercedes-Benz Financial Services") ("Defendant") hereby stipulate as follows:

## **RECITALS**

1. Plaintiff filed this action against Defendant on March 29, 2018 and served Defendant on April 2, 2018.

2. Defendant's initial deadline to respond to the complaint is April 23, 2018.

3. Plaintiff has agreed to extend the time for Defendant to respond to the complaint up to and including May 23, 2018, so that Defendant may have additional time to investigate this matter and the parties may explore the possibility of settlement.

4. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

## **STIPULATION**

1. The deadline for Defendant to respond to the complaint shall be continued to May 23, 2018.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: April 20, 2018                                          DATED: April 20, 2018

Respectfully submitted,                                         Respectfully submitted.

HAINES & KRIEGER, LLC                                           KOLESAR & LEATHAM

By: /s/ DAVID KRIEGER, ESQ.                                     By: /s/ MICHAEL R. BROOKS, ESQ.
    David Krieger (NSB #9086)                                      Michael R. Brooks (NSB #7287)
    8985 S. Eastern Ave., Suite 350                                 400 S. Rampart Blvd., Ste. 400
    Henderson, Nevada 89123                                         Las Vegas, Nevada 89145

Attorneys for Plaintiff Donna M. Givens             Attorneys for Defendant
                                                    MERCEDES BENZ FINANCIAL SERVICES
                                                    USA LLC

**ORDER**

**IT IS SO ORDERED:**

DATED: 4-23-2018

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

2877562                          Page 2 of 2